

# MANDATE
## The Fourteenth Court of Appeals
NO. 14-14-00686-CV

Pamela Y. Kelley, Arthur Lee Kelley, Clara Brooks, and Gary L. Leonard, Appellants

v.

LaVearn Ivey, Appellee

Appealed from the 506th Judicial District Court of Waller County. (Tr. Ct. No. 14-07-22640). Memorandum Opinion delivered by Justice Donovan. Justices Christopher and Wise also participating.

**TO THE 506TH JUDICIAL DISTRICT COURT OF WALLER COUNTY, GREETINGS:**

Before our Court of Appeals on July 16, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the "Order Granting Plaintiff's Application for Temporary Injunction," signed August 18, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the "Order Granting Plaintiff's Application for Temporary Injunction" of the court below **AFFIRMED**.

We order appellants, Pamela Y. Kelley, Arthur Lee Kelley, Clara Brooks, and Gary L. Leonard, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, September 24, 2015.

CHRISTOPHER A. PRINE, CLERK